THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELISABETH HELLER, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No.: 16-2302 (TNM) <br> ) |
| SCOTT PRUITT, Administrator, <br> U.S. ENVIRONMENTAL PROTECTION <br> AGENCY, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion *in Limine*, that motion is hereby GRANTED. It is hereby ORDERED that:

- Plaintiff shall not introduce evidence or testimony regarding Peter Jutro or the EPA OGC attorney referenced in Defendant's Motion.

- Plaintiff's altercation with Steven Williams may be discussed as background to the EEO claim underlying her retaliation claims, but she shall not attempt to challenge the DoD OIG's analysis or conclusions regarding that altercation, which are not at issue here.

- Plaintiff shall not introduce evidence or argument regarding John Reeder's knowledge of complaints brought by other women against the EPA, nor shall Plaintiff inquire into Reeder's subjective views regarding the desirability of settling Heller's EEO case and his opinion of the specific terms of the settlement.

- Plaintiff has failed to administratively exhaust any claim that Allan Williams's advice regarding Heller's possible *Giglio* impairment itself constituted a retaliatory act

8

independent from the oral counseling and documenting memo to the file, and accordingly argument purporting to state any such claim is barred.

SO ORDERED.

_____          _____
Date                                                                  Trevor N. McFadden
                                                                               United States District Judge